UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RITA FREENEY, DEVOLYA HARRIS,
SHAREE MCKAY, PATRICIA ACREE,
ZORA TAYLOR, LMT TENANTS'
ASSOCIATION,

          Plaintiff,

CASE NO.: 6:10-cv-01920-JA-DAB

v.

SANFORD HOUSING AUTHORITY,
ORLANDO HOUSING AUTHORITY,
SHAUN DONOVAN, Secretary of the
United States Department of Housing
And Urban Development, UNITED STATES
DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

          Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that J. Frazier Carraway, Esq., of Saxon, Gilmore, Carraway & Gibbons, P.A., hereby files this Notice of Appearance on behalf of SANFORD HOUSING AUTHORITY in the above captioned action.

        *s/ J. Frazier Carraway*
        J. FRAZIER CARRAWAY, ESQ.
        Florida Bar No.:  0764541
        fcarraway@saxongilmore.com
        SAXON, GILMORE,
          CARRAWAY, & GIBBONS, P.A.
        201 E. Kennedy Boulevard, Ste 600
        Tampa, FL  33602
        Telephone:     (813) 314-4504
        Fax:               (813) 314-4555
        Attorneys for Defendant,
        Sanford Housing Authority

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of January 2011, a copy of the foregoing Notice of Appearance was filed electronically via the Court's ECF system which will send notice to: **Deborah M. Hallisky, Esq., Stephan S. St. Louis, Esq., Community Legal Services of Mid-Florida, Inc.,** 128 Orange Avenue, Suite 100, Daytona Beach, Florida 32114-4310; **Charles Elsesser, Jr. Esq.,** Purvi Shah, Florida Legal Services, Inc., 3000 Biscayne Boulevard, Suite 450, Miami, Florida 33137; **Wendy M. Doty, Esq., Robert E. O'Neill, Esq., Tony West, Esq.,** Federal Programs Branch U.S. Department of Justice, Civil Division, 20 Massachusetts Avenue NW, Room 7218, Washington, D.C. 20001.

                                                 *s/J. Frazier Carraway, Esq.*