**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RITA FREENEY, DEVOLYA HARRIS,
SHAREE MCKAY, PATRICIA ACREE,
JIMITRE SMITH, and LMT TENANTS'
ASSOCIATION,

    Plaintiffs,

-vs-                                  Case No. 6:10-cv-1920-Orl-28DAB

SANFORD HOUSING AUTHORITY,
ORLANDO HOUSING AUTHORITY,
SHAUN DONOVAN, Secretary of the
United States Department of Housing
and Urban Development, UNITED
STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

    Defendants.

---

## ORDER

This cause is before the Court on the following motion:

> **MOTION:** PLAINTIFFS' MOTION FOR CLARIFICATION OF COURT'S ORDER OF DISMISSAL PURSUANT TO STIPULATION (Doc. No. 99)

**THEREON** it is **ORDERED** that the motion is **GRANTED**. The Court intentionally declined to retain jurisdiction for purpose of enforcement of the parties' stipulation. Upon further reflection, however, the Court will retain jurisdiction to enforce the terms of the Settlement Agreement. The Order of Dismissal with Prejudice entered at docket number 98 is amended as follows:

Upon consideration of the Stipulation of Settlement and Dismissal (Doc. No. 97), and pursuant to Fed. R. Civ. P. 41(a), it is hereby **ORDERED** that this case is dismissed with prejudice. The Court retains jurisdiction solely to enforce the terms of the Settlement Agreement between the parties.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27 day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record